UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01683-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 15) |

On August 17, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own attorney's fees and costs. (ECF No. 15). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed.[1] *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:  **August 18, 2021**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation cites Rule 41(A)(2), which provides for dismissal by a court order on terms that the court considers proper. However, as the parties have voluntarily stipulated to the dismissal of this case, the Court concludes that Rule 41(a)(1)(A)(ii) is the applicable provision.

1